UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GENE AUTRY HILL<br>    LA. DOC #74316 | CIVIL ACTION NO. 3:12-cv-1658<br>SECTION P |
| VS. | JUDGE ROBERT G. JAMES |
| ST. FRANCIS MED. CENTER | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

The Report and Recommendation [Doc. No. 15] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Gene Autry Hill's civil action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Beaumont, Texas.**

MONROE, LOUISIANA, this 24th day of August, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE