UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **GENE AUTRY HILL** | * | **CIVIL ACTION NO. 3:12-CV-1658** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **ST. FRANCIS MEDICAL CENTER** | * | **MAG. JUDGE JAMES D. KIRK** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Gene Autry Hill's Complaint [Doc. No. 1], is hereby **DISMISSED WITH PREJUDICE** in its entirety and that judgment is entered in favor of Defendant St. Francis Medical Center.

MONROE, LOUISIANA, this 2nd day of November 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE